FILED

02/13/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 25-0115

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 25-0115

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

   v.                            O R D E R

KRAIG WALTER BENSON,

     Defendant and Appellant.

_____

Nick K. Brooke, counsel for Appellant Kraig Walter Benson, has filed a Motion to Withdraw and to appoint the Office of Appellate Defender Division (ADD) to represent Appellant in his appeal. Counsel represents that Appellant is currently incarcerated at the Montana State Prison, and that Appellant is indigent and without income or any significant assets.

IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED.

The Appellate Defender Division shall have until March 17, 2025, to file either a notice of appearance or a motion to rescind this Order appointing counsel. In the event the Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order transcripts.

The Clerk is directed to provide a copy of this Order to counsel of record, to Appellant Kraig Walter Benson, and to the Appellate Defender Division.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 13 2025